AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SCOTT FINEMAN; MOHAMMED WAQAS MALIK; CRISTIAN SILVA; and JAMES MCGRIFF <br><br> *Plaintiff(s)* <br> v. <br> FERRAGAMO USA INC.; S-FER INTERNATIONAL INCORPORATED; SATOR REALTY INC.; SAKS FIFTH AVENUE LLC; and THE NEIMAN MARCUS GROUP LLC <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* S-FER INTERNATIONAL INCORPORATED
c/o CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marcus W. Corwin, Esq., Marcus W. Corwin, P.A. d/b/a/ Corwin Law, 5030 Champion Blvd., Suite G11-264, Boca Raton, FL 33496;
and
Jeffrey C. Schneider, Esq., Victor Petrescu, Esq., Levine Kellogg Lehman Schneider + Grossman LLP, 100 SE 2nd Street, 36th Floor, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*